### Markle *v.* Kravetz et ux., Appellants.

Argued April 14, 1969. *J. Jerome Mansmann,* with him *P. J. McArdle,* for appellants; *Robert N. Peirce, Jr.,* with him *Charles H. Lehman,* and *Hess, Hess and Peirce,* for appellee.

Judgment affirmed.

### Massaro, Appellant, *v.* Beacon Supply Co., Inc.

Argued April 15, 1969. *Daniel Myshin,* with him *Anto, Myshin & Martin,* for appellant; *Edgar P. Herrington, Jr.,* with him *Steward, Belden, Sensenich & Herrington,* for appellee.

Judgment affirmed.